```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23220
    LEVY BRYANT
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9863


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/11/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 01/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MTG       NOTICE ONLY    NOT FILED            .00           .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00            .00           .00
WELLS FARGO HOME MORTGAG   UNSECURED     NOT FILED             .00           .00
FIFTH THIRD BANK           SECURED NOT I NOT FILED             .00           .00
CITY OF CHICAGO PARKING    PRIORITY      NOT FILED             .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED       6076.17             .00           .00
CAPITAL ONE BANK           UNSECURED     NOT FILED             .00           .00
GEMB JCPENNY               UNSECURED     NOT FILED             .00           .00
CRD PRT ASSOC              UNSECURED     NOT FILED             .00           .00
WELLS FARGO HOME MORTGAG   SECURED NOT I  20554.44             .00           .00
CAVALRY PORTFOLIO SERVIC   UNSECURED      13385.58             .00           .00
PRO SE DEBTOR              DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           --------------     --------------
TOTALS                           .00                  .00




                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23220 LEVY BRYANT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```